IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **MICHAEL REININGER** <br> 1313 Maple Avenue <br> Arbutus, Maryland 21227 <br><br> **JOHN MALINOWSKI** <br> 7028 Stratton Way <br> Baltimore, Maryland 21224 <br><br> **DARRELL MINER** <br> 4305 Forsythia Lane <br> Pasadena, Maryland 21122 <br><br> **DANIEL RAGAN** <br> 525 Aldino-Stepney Road <br> Aberdeen, Maryland 21001 <br><br>     **Plaintiffs**, <br> v. <br><br> **ROLAND BUTLER** in his capacity of SUPERINTENDENT, MARYLAND STATE POLICE <br> 1201 Reisterstown Road <br> Pikesville, Maryland 21208 <br><br> **FEDERAL BUREAU OF INVESTIGATION NATIONAL INSTANT CRIMINAL BACKGROUND CHECK SYSTEM SECTION** <br> 935 Pennsylvania Avenue, NW <br> Washington, D.C. 20535 <br><br> **CHRISTOPHER WRAY** in his official capacity as the Director of the Federal Bureau of Investigation <br> 935 Pennsylvania Avenue, NW <br> Washington, D.C. 20535 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *    **Civil Action No.: 1:23-cv-01183-MJM** <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

| | |
|---|---|
| **MERRICK GARLAND** in his official capacity as the United States Attorney General <br> U.S. Department of Justice <br> 950 Pennsylvania Avenue NW <br> Washington DC 20530 <br><br> **Defendants.** | \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFFS REININGER, MALINOWSKI and MINER

Plaintiffs, Michael Reininger, John Malinowski, and Darrell Miner (hereinafter referred to as "Plaintiffs"), by and through their attorneys, Roland S. Harris IV, Esquire and COHEN|HARRIS LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby request that Plaintiffs Reininger, Malinowski, and Miner's claims against Defendants be dismissed in the above-captioned matter.

Respectfully Submitted,

_/s/ Roland S. Harris/km_
Roland S. Harris IV, Esquire
COHEN|HARRIS LLC
40 York Road, 4th Floor
Towson, Maryland 21204
Ph. (888) 585-7979
Fx. (443) 773-0675
E-mail: Roland@CohenHarris.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September 2023, the Notice of Voluntary Dismissal as to Plaintiffs Reininger, Malinowski and Miner was filed and served via CM/ECF.

_/s/ Roland S. Harris/km_
Roland Harris IV, Esquire