IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Daniel Ragan, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:23-CV-01183-MJM |
| Roland Butler, et al. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Daniel Ragan, by and through his attorneys, Roland S. Harris IV, Esquire and COHEN|HARRIS LLC, and Defendants through their undersigned counsel, hereby jointly stipulate to the dismissal of this action in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs.

_/s/ Michael Wilson_
Michael Wilson, Esq. #18970
Counsel for Federal Defendants
DOJ-USAO
36 S. Charles Street
4th Floor
Baltimore, MD 21201
michael.wilson4@usdoj.gov

_/s/ Mark H. Bowen_
Mark H. Bowen, Esq. #10197
Counsel for State Defendants
Office of the Attorney General
Maryland State Police
1201 Reisterstown Road
Pikesville, MD 21208
mark.bowen@maryland.gov

_/s/ Roland S. Harris_
Roland S. Harris IV, Esq. #05235
COHEN|HARRIS LLC
40 York Road – 4th Floor
Towson, Maryland 21204
Ph. (888) 585-7979
Fx. (443) 773-0675
Roland@CohenHarris.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October 2023, this Joint Stipulation of Dismissal was filed and served via CM/ECF.

_Roland S. Harris/km_
Roland S. Harris IV, Esq.